IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY COMPTON                                                    PLAINTIFF

v.                           No. 5:12-cv-275-DPM

ANTHONY ROBINSON; and
GRAPHIC FLEXIBLE
PACKAGING, LLC                                                   DEFENDANTS

## JUDGMENT

Compton's complaint is dismissed without prejudice. All parties will bear their own costs and fees.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2012